FILED

2010 NOV 23 A 10:50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    CV 10 80 290 MISC

Tore Bjorn Dahlin - #132353
_____/



### ORDER TO SHOW CAUSE

It appearing that Tore Bjorn Dahlin has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective October 30, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 27, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Tore Bjorn Dahlin
PO Box 578688
Modesto, CA 95357