FILED

DEC 29 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                     No CV 10 80290 MISC VRW

Tore Bjorn Dahlin,
                                      ORDER
  State Bar No 132353

_____/

    On November 23, 2010, the court issued an order to show cause (OSC) why Tore Bjorn Dahlin should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective October 30, 2010.

    The OSC was mailed to Mr Dahlin's address of record with the State Bar on November 24, 2010. A written response was due on or before December 27, 2010. No response to the OSC has been filed as of this date.

    The court now orders Tore Bjorn Dahlin removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge